**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

PHILLIP BELL JR.; LORNA BARNES; and ANTHONY BARNES,

Plaintiffs,

vs.

SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; KLUTCH SPORTS; NEXT LEVEL SPORTS & ACADEMICS; and ISAHIA SANDOVAL; EDWARD WONG TRICIA OSBORNE; CHAD JOHNSON; STEVE BRISCOE; and DOES 1-20 in their individual and official capacities, et al.,

Defendants.

Case No. 4:24-cv-05545-JST

**[PROPOSED ORDER] GRANTING DEFENDANT KLUTCH SPORTS GROUP'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

[*Notice of Motion and Motion filed concurrently herewith*]

Date: March 20, 2025
Time: 2:00 P.M.
Ctrm.: 6

*Judge: Hon. Judge Jon S. Tigar*

On January 24, 2025, Defendant Klutch Sports Group (erroneously sued as Klutch Sports) ("Klutch") filed a Motion to Dismiss ("Motion") Plaintiffs George Hoenig and Karen Brubaker's ("Plaintiffs") First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Having considered the papers filed in support and in opposition to the Motion and the pleadings and records in this action, the Court orders as follows:

1. Klutch's Motion is **GRANTED**;
2. Plaintiffs' First Amended Complaint is dismissed as against Klutch with prejudice;
3. Leave to amend is denied; OR
4. ______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________.

**IT IS SO ORDERED.**

DATED: _____________, 2025

______________________________
HONORABLE JON S. TIGAR
DISTRICT JUDGE